**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

AVENT, INC., Civil No. 00-1789 (JRT/FLN)

Plaintiff,

v. **ORDER OF RECUSAL**

ROBERT B. BEALE,
HORACE BEALE, and
BAYRIVER CORPORATION,

Defendant.

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: 3/7/2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAR 0 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Avnet, Inc.

vs. 00-1789PAM/JGL

Robert B. Beale, et al

This action has been re-assigned to Judge Paul A. Magnuson and referred to Magistrate Judge Jonathan G. Lebedoff pursuant to an Order of Recusal by Judge Tunheim. Please refer to the above file number when submitting future documents to the court.