AO 456 (Rev. 5/85) Notice

# United States District Court

DISTRICT OF MINNESOTA

Avnet, Inc.,

V.

Robert B. Beale, et al.

**NOTICE**

CASE NUMBER: 00-CV-1789 PAM/JGL

TYPE OF CASE: ☒ CIVIL ☐ CRIMINAL

☐ TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

Cross Motions for Summary Judgment

☒ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

**The motion hearing is being moved up due to a conflict with Judge Magnuson's schedule.**

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Courtroom #1<br>7th Floor, Federal Bldg.<br>316 N. Robert St.<br>St. Paul, MN 55101 | Friday, May 18, 2001 @ 9:30 A.M. | **Wednesday, May 16, 2001 @ 9:30 A.M.** |

Francis E. Dosal, Clerk

U.S. MAGISTRATE OR CLERK OF COURT

May 2, 2001

DATE

Suzanne M. Ruiz

(BY) DEPUTY CLERK

To: All Counsel of Record

FILED MAY 03 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK