UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Avnet, Inc., a New York corporation, Civ. File No. 00-1789 (PAM/JGL)

Plaintiff,

v.

**REVERSAL PLAN**

Robert B. Beale, an individual,
Horace K. Beale, an individual, and
BayRiver Corporation, a Minnesota corporation,

Defendants.

---

1. The amount of the funds (the "Fund") available for distribution to the unsecured creditors of Control Systems, Inc., d/b/a Artist Graphics ("Control Systems") is $516,841.45, which represents the $424,804.39 improperly paid to Defendant Robert Beale, plus interest thereon at a rate of 6 % per annum from October 30, 1997 through June 9, 2001 ($92,037.06).

2. Within ten days of the date of entry of this Reversal Plan, Robert Beale shall file a bond with the Court in the amount of $516,841.45.

3. An Administrator of the Reversal Plan shall be selected by the parties. In exchange for such service, the Administrator will be paid an initial fee of $5,000 from the

AUG - 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Fund. Any further fees may be determined by the parties and the Administrator.

4 Pursuant to the January 19, 1999, Ramsey County judgment, Control Systems owes Avnet $703,351. The amount of the judgment with statutory interest thereon through February 28, 2001 (without costs and expenses of collection) is $772,009.81. Within twenty-one days of the entry of this Reversal Plan, Avnet will file with the Administrator, evidence of the amount of statutory interest which accrued on that judgment from March 1, 2001, through the present.

5. Within twenty-one days of the date of this Reversal Plan, Robert Beale shall file with the Administrator, evidence of the amount of the debt owed by Control Systems to him. Avnet may file an objection to Robert Beale's claim and/or to any payment from the Fund to Robert Beale.

6. Attached hereto as Exhibit A is a list of all non-party unsecured creditors of Control Systems presently known to Control Systems.

7. Within five days of Robert Beale's filing of the bond provided for in paragraph 1 above, the Administrator will serve upon each non-party creditor a copy of the Court's June 9, 2001 Order, a copy of the Reversal Plan, a notice in the form attached hereto as Exhibit B, and a claim form in the form attached hereto as Exhibit C. Said service shall be accomplished by first-class mail. Each non-party creditor will be directed to complete and return the claim form to the Administrator within thirty days.

8. The material provisions of the claim form are:

a. Name of Non-party Creditor - Each non-party creditor will be required to verify that its name is the same as that appearing on Exhibit A. If a name change has occurred, the non-party creditor will be required to provide information regarding its name change.

b. Address / Telephone Numbers of Non-party Creditor - Each non-party creditor will be required to verify that its address is the same as that appearing on Exhibit A. If an address change has occurred, the non-party creditor will be required to provide information regarding its address change. Each non-party creditor will also be required to provide its telephone and facsimile number(s).

c. Amount of Claim - Each non-party creditor will be required to state the amount of the debt that it contends remains unpaid by Control Systems and attach to the claim form documentation, e.g., contract, purchase order, or invoice, evidencing the nature of the goods or services provided to Control Systems for which the Non-party creditor has not been paid by Control Systems.

d. Date of Default - Each non-party creditor will be required to state the date or date(s) upon which Control Systems defaulted on the obligation(s) that serves as the basis for the non-party creditor's claim. This will enable the parties to determine whether a non-party creditor's claim is objectionable on the basis of the applicable statute of limitations.

e. Date and Signature - Each non-party creditor will sign and date each claim form, indicating the capacity in which the individual is signing on behalf of the creditor.

9. Upon the request of any party, the Administrator will provide to the requesting party copies of the claim forms submitted by the non-party creditors.

10. Upon expiration of the thirty-day period for submission of claims by the Non-party creditors, the Administrator shall prepare a summary (the "Summary") identifying each non-party creditor who has submitted a claim and the amount of each non-party creditor's claim. The Summary will also identify the amount of Avnet's judgment against Control Systems and the amount of the claim made by Robert Beale.

11. Within forty-five days after the Administrator has served Exhibits B and C on the non-party creditors, the Administrator will send a copy of the Summary to counsel of record for the parties and to each non-party creditor who has submitted a claim form. The Summary will inform the non-party creditors and the parties that if they have an objection to any claim submitted they must serve written objections upon the Administrator within seven days.

12. The Administrator will provide the parties with copies of all objections filed. To the extent an objection is made to the claim of any non-party creditor, the Administrator will also serve a copy of the relevant objection upon the non-party creditor whose claim is being objected to.

13. The non-party creditors and the parties will have seven days to respond to any objections. The response of any party will be limited to ten pages. The response of any non-party creditor will be limited to five pages. The Administrator will provide the parties with copies of all responses filed. To the extent any non-party creditor has responded to the objection of another non-party creditor, the Administrator will also serve a copy of the relevant response upon the latter.

14. The Administrator will schedule a hearing or status conference to address distributions from the Fund. The Administrator will serve notice of said hearing or conference upon each non-party creditor who returned a claim form. The notice will advise each non-party creditor who submitted a claim form that he/she may attend the hearing or conference and present oral argument.

15. Following the hearing or conference, the Administrator will issue a Recommendation to the Court for Order of Distribution specifying the payments to be made from the Fund, including the payments referred to paragraphs 5 through 7 above.

16. Within ten days of the Administrator's Recommendation for Order of Distribution, the parties and non-party creditors may file objections to that Order with the Court. The non-party creditors and the parties will have seven days to respond to any objections. The objections and responses to objections of any party or non-party creditor will be limited to five pages. If no objections are filed within the time provided, the Court will adopt the Administrator's Recommendation and issue the Order of Distribution.

17. Within five days after the Court's issuance of the Order of Distribution, the Bond filed by Robert Beale with the Court will dissolve, and Robert Beale will deposit $516,841.45 with the Administrator.

18. Within ten days after the Court's issuance of the Order of Distribution, the Administrator will issue checks to each party and non-party creditor entitled to a payment pursuant to the Court's Order of Distribution. The Administrator will then file an affidavit with the Court affirming that it has disbursed all payments specified in the Order of Distribution.

Dated: August 8, 2001

Paul A. Magnuson
United States District Court Judge

**NON-PARTY UNSECURED CREDITORS**
**OF CONTROL SYSTEMS, INC.**
**d/b/a ARTIST GRAPHICS**

| |
|---|
| ACA PACIFIC |
| American IC Exchange<br>27 Journey<br>Aliso Viejo, CA 92656<br>Phone: 714-362-6555 Fax: 714-362-3395 |
| AMS<br>Fax: 703-227-5634 |
| Arrow Electronics, Inc. [Anthem]<br>25 Hub Drive<br>Melville, NY 11747-3509<br>Phone: 516-391-1237 Fax: 516-391-1715 |
| Atwood Group<br>The Inform Magazine<br>11827 West 112th Street<br>Overland Park, KS 66210<br>Phone: 913-469-1110 Fax: 913-469-0806 |
| Bolin Market Advertising<br>2523 Wayzata Blvd.<br>Suite 300<br>Minneapolis, MN 55405<br>Phone: 612-872-1200 Fax: 612-872-7056 |
| Bull Information Systems |
| Cadence Design<br>Fax: 408-955-0712 |
| Cahners Business Information<br>P. O. Box 2087<br>Carol Stream, IL 60132-2087<br>Phone: 617-630-3700 Fax: 617-630-2171 |

**EXHIBIT A**

| |
|---|
| Canadian Standards Association<br>178 Rexdale Blvd.<br>Etobicoke, Ontario<br>Canada M9W 1R3<br>Phone: 416-747-4284 Fax: 416-747-2475 |
| CB Commercial |
| Clinton Electronics<br>6701 Clinton Road<br>Loves Park, IL 61111<br>Fax: 815-633-9340 |
| CMP Media Inc. [Publishing]<br>PO Box 4502<br>Church Street Station<br>New York, NY 10261-4502<br>Phone: 516-562-5000 Fax: 562-5760 |
| Comtrol Corporation |
| Corry Publishing<br>2840 West 21st Street<br>Erie, PA 16506<br>Phone: 814-838-0025 Fax: 814-835-4331<br>Contact: Jim Gwinn |
| Digi International<br>11001 Bren Road East<br>Minnetonka, MN 55343<br>Phone: 612-912-3537 Fax: 612-912-4957<br>Contact: Darlene Piorex |
| DST |
| Dun & Bradstreet<br>8310 Capital of Texas Highway, Suite 200<br>Austin, Texas 78731<br>Phone: 800-234-3867 |
| Eagle Management Group<br>650 Grove Road, Suite 105<br>Paulsboro, NJ 08066<br>Phone: 609-848-1423 Fax: 609-848-6956<br>Contact: Marianna Gionfriddo |

| |
|---|
| Evergreen Promotional Group Ltd.<br>7454 Washington Avenue South<br>Eden Prairie, MN 55344<br>Phone: 612-829-9050 Fax: 612-829-8911<br>Contact: Tom Higginbotham |
| Filenet |
| ILSI America<br>8804 - 122nd Avenue NE<br>Kirkland WA 98033<br>Phone: 206-828-4886 Fax: 206-828-4878 |
| Imaging Magazine<br>12 West 21st Street<br>New York, NY 10010<br>Phone: 212-691-8215 Fax: 212-691-1191<br>Contact: Troy Ridley |
| Insight Electronics<br>9980 Huennekens<br>San Diego, CA 92121<br>Phone: 619-587-1100 Fax: 619-677-3191<br>Contact: Amy Ball |
| Interactive Illusions |
| Intranet Solutions Inc.<br>9625 West 76th Street, Suite 150<br>Eden Prairie, MN 55344<br>Phone: 952-903-2000 Fax: 952-829-5424<br>Contact: Jason Caswell |
| ITI, Inc.<br>190 Sylvan Avenue<br>Inglewood Cliffs, NJ 07632<br>Phone: 201-871-0044 Fax: |
| Kent Electronics<br>c/o Dennis Losik<br>3030 Salt Creek Lane, Suite 120<br>Arlington Heights, IL 60005<br>Phone: 847-797-7401 Fax: 847-797-7474<br>Contact: Dennis Losik |

| |
|---|
| Knowledge Asset Media, Inc.<br>6255 Barfield Road, Suite 200<br>Atlanta, Georgia 30328-4300<br>Phone: 404-252-8831 Fax: 404-252-4436<br>Contact: Robert Melnick |
| Lanvision, Inc.<br>One Financial Way, Suite 400<br>Cincinnati, Ohio 45242<br>Phone: 513-794-7100 Fax: 513-794-7272<br>Contact: Paul W. Bridge, Jr. |
| Liberty Carton<br>870 Louisiana Avenue South<br>Minneapolis, MN 55426-1672<br>Phone: 612-540-9600 Fax: 612-540-9628<br>Contact: Vicki Raczkowski |
| Marshall Industries<br>c/o Dennis Losik<br>3030 Salt Creek Lane, Suite 120<br>Arlington Heights, IL 60005<br>Phone: 847-797-7401 Fax: 847-797-7474 |
| Merchant and Gould<br>3100 Norwest Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Phone: 612-332-5300 Fax: 612-332-9801<br>Contact: Lynette Wallmon |
| Micro Dynamics<br>7550 Market Place Drive<br>Eden Prairie, MN 55344<br>Phone: 612-941-8071 Fax: 612-941-8065<br>Contact: Dave Buresh |
| MB Electronics Corporation<br>2925 Drew Avenue South<br>Minneapolis, MN 55416<br>Phone: 612-927-8313 Fax: 612-927-8319<br>Contact: Mark Hoffman |

| |
|---|
| Normandale Properties<br>Suite 600 Opus Center<br>9900 Bren Road East<br>Minnetonka, MN 55343<br>Phone: 612-936-4646 Fax: 612-936-0135<br>Contact: Debbie Swanson |
| Bob Parrott and Associates<br>703 Forest Dale Road<br>New Brighton, MN 55112<br>Phone: 612-631-3328 Fax: 612-636-3881 |
| Parts One<br>1995 West County Road B2<br>Roseville, MN 55113<br>Phone: 612-633-8079 Fax: 612-633-2310 |
| Phillips Business Information<br>1201 Seven Locks Road, Suite 300<br>Potomac, MD 20854<br>Phone: 301-340-7788 Fax: 301-424-0261<br>Contact: Tom Garcia |
| Precision Forms, Inc.<br>2575 Fairview North, Suite 180<br>St. Paul, MN 55113<br>Phone: 612-631-0261 Fax: 612-631-1055<br>Contact: Colleen Reistad |
| The John Roberts Company<br>9687 East River Road<br>Minneapolis, MN 55433<br>Phone: 612-755-5500 Fax: 612-754-4400 |
| SAE Circuits Colorado, Inc.<br>4820 North 63rd Street, Suite 100<br>Boulder, Colorado 80301<br>Phone: 303-530-1900 Fax: 303-530-0210<br>Contact: Bob Cook |
| Shafer Electronics Company<br>30410 Regal Avenue<br>Shafer, MN 55074<br>Phone: 612-257-5332 Fax: 612-257-1041<br>Contact: Maxine Spiess |

| |
|---|
| TMS Sequoia<br>206 West 6 Avenue<br>PO Box 1358<br>Stillwater, Oklahoma 74074<br>Phone: 405-377-0880 Fax: 405-742-1622<br>Contact: John Queen |
| Toshiba Accessories<br>__932 West 4th Street [Note: digits missing in street address]<br>Suite 102<br>Tempe, AZ 85281<br>Fax: 602-902-1158<br>Contact: Heather Kampouns |
| Viewsonic Corporation<br>381 Brea Canyon Road<br>Walnut, CA 91789<br>Phone: 909-444-8914 Fax: 909-468-1200<br>Contact: Robert Meza |
| West Coast Circuits<br>1080 West Beach Street<br>PO Box 2710<br>Watsonville, CA 95077<br>Phone: 408-728-4271 Fax: 408-728-1827<br>Contact: Chris |
| Westman, Champlin and Kelly<br>Suite 1600 International Center<br>900 Second Avenue South<br>Minneapolis, MN 55402-3319<br>Phone: 612-334-3222 Fax: 612-334-3312<br>Contact: Noreen Kelly |

**EXHIBIT B**

**FROM THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

***NOTICE TO THE CREDITORS OF CONTROL SYSTEMS, INC., D/B/A ARTIST GRAPHICS***

As a result of a recent order of this Court in the case entitled *Avnet, Inc. v. Robert B. Beale, Horace K. Beale and Bayriver Corp.*, Case No. 00-CV-1789 PAM/JGL, Four Hundred Nineteen Thousand Eight Hundred Four Dollars and Thirty-nine Cents ($419,804.39) is available for distribution to the creditors of Control Systems, Inc., d/b/a Artist Graphics. You are receiving this notice because you have been identified as a creditor of Control Systems, Inc.

**If you wish to participate in this distribution, you have sixty (60) days to file a claim. Claims must be submitted to the Administrator identified below on the form accompanying this notice.** You may make copies of the accompanying form if a single form lacks sufficient space to list all debts owed to you by Control Systems, Inc. Filing a claim does not guarantee that a creditor will receive the amount claimed. A complete description of the claim approval / payment process is set forth in the attached "Joint Reversal Plan," which has been approved by the Court.

**Failure to participate in this distribution will *preclude or substantially prejudice* a creditor's future ability to collect any debt claimed to be owed by Control Systems, Inc., its officers, directors, shareholders, or others associated with the company.**

Any questions should **NOT** be directed to the Court. Questions should be directed to the **Administrator of the Distribution**: ______________________________.

# EXHIBIT C

## *CONTROL SYSTEMS, INC.*
## *CREDITOR CLAIM FORM*

**To:** **Administrator of Distribution**
***Avnet, Inc. v. Robert B. Beale, Horace K. Beale and Bayriver Corp.***,
**Case No. 00-CV-1789 PAM/JGL**

______________________________

______________________________

**Telephone: (612)** ______________ **Facsimile: (612)** _____________

**From:** **[Creditor Name]**
**[Creditor Address]**
**[Creditor Telephone / Fax]**

*The name, address, and telephone numbers provided above are based upon the records of Control Systems, Inc. Please check this information and, if the information is no longer accurate, make whatever changes are necessary.* ***Your ability to participate in the distribution is dependent upon the Administrator's ability to communicate with you.***

| Principal Amount of Debt(s) Owed to You by Control Systems – DO NOT INCLUDE ANY AMOUNT ATTRIBUTABLE TO INTEREST | Date that Control Systems Defaulted on the Debt Owed to You | Nature of Debt (e.g. value of goods / services delivered, loan, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

The Administrator is authorized to file a satisfaction of judgment on behalf of the above-identified Creditor upon the Court's approval of a Final Distribution Report and the Administrator's disbursement of funds pursuant to the Court's Final Distribution Report.

I swear under penalty of perjury that the information provided herein is true and accurate to the best of my information and belief.

______________________ on behalf of __________________________, its ______________________.
Print Your Name Your Company's Name Your Position

Signed: ______________________________ Dated: _______________________

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500