UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Avnet, Inc., a New York corporation,

Plaintiff,

v.

Robert B. Beale, an individual,
Horace K. Beale, an individual, and
BayRiver Corporation, a Minnesota corporation,

Defendants.

Civ. File No. 00-1789 (PAM/JGL)

**MEMORANDUM AND ORDER**

---

This matter is before the Court on Defendant Robert Beale's request for an extension of time in which to secure the bond required by this Court's Order of August 8, 2001. Beale represents that he has been unable to secure a bond with in the ten-day period required by the Order, and seeks a month-long extension in which to secure a bond. The Court recognizes that this matter has been pending for many months, and that Plaintiff has been waiting for payment for years. Thus, the Court will grant an extension, but will give Beale only fourteen more days in which to secure a bond.

Accordingly, **IT IS HEREBY ORDERED** that within fourteen (14) days of the date of this Order, Defendant Robert Beale shall file a bond with the Court in the amount of $516,841.45.

Dated: August 21, 2001

Paul A. Magnuson
United States District Court Judge

FILED AUG 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500