UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Avnet, Inc., a New York corporation,

Plaintiff,

v.

Robert B. Beale, an individual,
Horace K. Beale, an individual, and
BayRiver Corporation, a Minnesota corporation,

Defendants.

Civ. File No. 00-1789 (PAM/JGL)

**MEMORANDUM AND ORDER**

---

This matter is before the Court on Defendant Robert Beale's second request for an extension of time in which to secure the bond required by this Court's Order of August 8, 2001. Beale represents that he is working diligently to comply with the Court's Order but that he has had difficulty securing a letter of credit from his bank. The Court recognizes that this matter has been pending for many months, and that Plaintiff has been waiting for payment for years. Nevertheless, the Court will grant Defendant one more extension until September 15, 2001.

Accordingly, **IT IS HEREBY ORDERED** that by September 15, 2001, Defendant Robert Beale shall file a bond with the Court in the amount of $516,841.45.

Dated: September 9, 2001

Paul A. Magnuson
United States District Court Judge

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________