UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Avnet, Inc., a New York corporation,

Plaintiff,

vs.

Robert B. Beale, an individual,
Horace K. Beale, an individual, and
BayRiver Corporation, a Minnesota Corporation,

Defendants.

Civil File No. 00-1789 (PAM/JGL)

**ORDER**

---

Based upon the Stipulation of parties, dated August 31, 2001, and all the files and records of the proceeding herein,

**IT IS HEREBY ORDERED:**

1. Mary Jo A. Jensen-Carter of Buckley & Jensen, 444 Cedar Street, Suite 575, St. Paul, MN 55101 has been selected by the parties to serve as the Administrator of the Reversal Plan dated August 8, 2001; and

2. As compensation for such service, the Administrator will be paid an initial, non-refundable fee of $5,000.00 from the fund; and

3. During the term of her service, the Administrator shall maintain records of the services rendered and expense incurred. The Administrator shall be compensated for services rendered at the rate of $225.00 per hour. In the event that the Administrator's hourly fees and expenses exceed $5,000.00, the Administrator will be paid for such additional fees and expense out of the fund.

4. In light of this Stipulation and certain discrepancies in the Notice form attached to the Reversal Order as Exhibit B, the Notice to be mailed to creditors shall be in the form of the Notice attached hereto as Exhibit A.

Dated: September 11, 2001

Paul A. Magnuson
United States District Court Judge

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**FROM THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

**NOTICE TO THE CREDITORS OF**
**CONTROL SYSTEMS, INC.,**
**D/B/A ARTIST GRAPHICS**

As a result of a recent order of this Court in the case entitled *Avnet, Inc. vs. Robert B. Beale, Horace K. Beale and Bayriver Corp.*, Case No. 00-CV-1789 PAM/JGL, approximately Five Hundred Eleven Thousand Eight Hundred Forty One Dollars and Forty Five Cents ($511,841.45) is available for distribution to the creditors of Control Systems, Inc. d/b/a Artist Graphics. You are receiving this notice because you have been identified as a creditor of Control Systems, Inc.

If you wish to participate in this distribution, you have **thirty (30) days** to file a claim. Claims must be submitted to the Administrator identified below on the form accompanying this notice. You may make copies of the accompanying form if a single form lacks sufficient space to list all debts owed to you by Control Systems, Inc. Filing a claim does not guarantee that a creditor will receive the amount claimed. A complete description of the claim approval / payment process is set forth in the attached Court's "Reversal Plan", which has been approved by the Court.

Failure to participate in this distribution will ***preclude or substantially prejudice*** a creditor's future ability to collect any debt claimed to be owed by Control Systems, Inc., its officers, directors, shareholders, or others associated with the company.

Any questions should NOT be directed to the Court. Questions should be directed to the Administrator of the Distribution: Mary Jo A. Jensen-Carter of Buckley & Jensen, 444 Cedar Street, Suite 575, St. Paul, MN 55101, phone number: 651-224-3361.

EXHIBIT A

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500