UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Avnet, Inc., a New York corporation, Civ. File No. 00-1789 (PAM/JGL)

Plaintiff,

v. **ORDER**

Robert B. Beale, an individual,
Horace K. Beale, an individual, and
BayRiver Corporation, a Minnesota corporation,

Defendants.

---

This matter is before the Court on the Objections of Defendant Robert B. Beale ("Beale") to the Recommendation of the Administrator regarding distribution of the Reversal Plan Fund. Beale contends that the Administrator improperly deducted attorney's fees due Plaintiff Avnet, Inc. ("Avnet") from his share of the Fund. Beale also objects to the reasonableness of the fees claimed by Avnet.

The Court has reviewed the Administrator's Recommendation and the parties' briefs. The Court finds that Beale's objections are unfounded. The Administrator examined Avnet's claim to attorney's fees and costs and determined that all but $25,000 of the claimed fees were reasonable. The Court agrees with this conclusion. Moreover, the Court's previous Orders make clear that Avnet's fees were not to be taxed against the other unsecured creditors because, as Beale argued, Avnet did not incur those fees for the benefit of the

FILED AUG 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

unsecured creditors. The Administrator's decision to deduct Avnet's pro-rata share of its fees and costs from the Fund after distribution to the creditors but before distribution to Beale comports with this Court's instructions and is an equitable result in this case. As the Court has noted in the past, Beale's actions in this case were underhanded, to say the least. He should count himself lucky to have any recovery at all from the Fund.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Robert Beale's Objections to the Recommendation of the Administrator (Clerk Doc. No. 57) are **DENIED**; and

2. The Recommendation of Administrator Regarding Distribution to Creditors (Clerk Doc. No. 55) is **ADOPTED** as an Order of this Court, and the Fund shall be distributed as set forth therein.

Dated: August 12, 2002

Paul A. Magnuson
United States District Court Judge